# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RENARD VINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-00240-ACA-HNJ |
| MICHAEL T. WHEAT, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

On September 13, 2022, the magistrate judge entered a report recommending that the court dismiss this action without prejudice for lack of prosecution. (Doc. 16). Although the magistrate judge advised Plaintiff Renard Vinson of his right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this October 13, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE